GEORGE CANELLOS
REGIONAL DIRECTOR
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center
New York, New York 10281
(212) 336-1020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | :    05 Civ. 6991 (KMW) |
| Plaintiff, | : |
| | : |
| -against- | : |
| | : |
| SONJA ANTICEVIC, DAVID PAJCIN, EUGENE PLOTKIN, STANISLAV SHPIGELMAN, NICKOLAUS SHUSTER, JUAN C. RENTERIA, JR., HENRY SIEGEL, ELVIS SANTANA, MONIKA VUJOVIC, MIKHAIL PLOTKIN, PERICA LOPANDIC, BRUNO VERINAC, ZORAN SORMAZ, ILIJA BORAC, ANTUN DILBER, ANTO KRSIC, and JASON C. SMITH, | : |
| | : |
| Defendants. | : |

---

**NOTICE OF MOTION FOR A DEFAULT JUDGMENT AGAINST SONJA ANTICEVIC PURSUANT TO RULE 55(b) OR, IN THE ALTERNATIVE, 37(d) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

PLEASE TAKE NOTICE, that plaintiff, the Securities and Exchange Commission (the "Commission"), respectfully moves for a default judgment against Sonja Anticevic pursuant to Rule 55(b), or, in the alternative, 37(d) of the Federal Rules of Civil Procedure ("FRCP"). The Commission's motion is premised upon the same facts and points of law addressed in its previous motion for the entry of a default judgment, filed on March 30, 2009, supplemented by

the accompanying Supplemental Declaration of Scott L. Black and the exhibits thereto, and the

accompanying Memorandum of Law.

Dated: New York, New York
       September 16, 2009

s/_____
Scott L. Black
Securities and Exchange Commission
3 World Financial Center
New York, New York 10281
(212) 336-0029
blacks@sec.gov