George Canellos
Regional Director
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Room 4300
New York, New York 10281
(212) 336-1020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : 05 Civ. 6991 (KMW) |
| | : |
| -against- | : |
| | : |
| SONJA ANTICEVIC, DAVID PAJCIN, EUGENE PLOTKIN, STANISLAV SHPIGELMAN, NICKOLAUS SHUSTER, JUAN C. RENTERIA, JR., HENRY SIEGEL, ELVIS SANTANA, MONIKA VUJOVIC, MIKHAIL PLOTKIN, PERICA LOPANDIC, BRUNO VERINAC, ZORAN SORMAZ, ILIJA BORAC, ANTUN DILBER, ANTO KRSIC, and JASON C. SMITH, | : |
| | : |
| Defendants. | : |

### NOTICE OF MOTION FOR CIVIL PENALTIES AGAINST BRUNO VERINAC AND ANTUN DILBER

PLEASE TAKE NOTICE, that plaintiff, the Securities and Exchange Commission (the "Commission"), respectfully moves for the imposition of civil penalties pursuant to Section 21A of the Securities Exchange Act of 1934, 15 U.S.C. §78u-1, against defendants Bruno Verinac and Antun Dilber.  The Commission makes this motion pursuant to the default judgments issued by the Court against Verinac and Dilber by Order dated August 11, 2010.

In support of this motion, the Commission submits Plaintiff's Memorandum of Law in Support of Motion for Civil Penalties Against Bruno Verinac and Antun Dilber.

Dated: New York, New York
       August 17, 2010

s/_____
Scott L. Black
Securities and Exchange Commission
3 World Financial Center
New York, New York 10281
(212) 336-0029
blacks@sec.gov