


ODVJETNIK
ANTE MADUNIĆ
ZAGREB, Ilica 146/I
Tel.: 3770-844, 3770-535
Tel./fax.: 3707-891

UNITED STATES DISTRICT COURT
CHAMBERS OF JUDGE KIMBA M. WOOD
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007-1312
UNITED STATES OF AMERICA

Case Nr. 05 CV 6991 (KMW)

Plaintiff: SECURITIES & EXCHANGE COMMISSION

**MEMO ENDORSED**

Defendant: SONJA ANTIČEVIĆ, represented by defence counsel Ante Madunić
from Zagreb, Croatia, Ilica 146

### SUBMISSION

I.)   Defendant Sonja Antičević has received on 31th May 2010 an Order issued by the entitled Court and she was thereby ordered to file an answer to the Fourth Amended Complaint by no later than July 21, 2010.

II.)   Defendant points out that her defence counsel and Plaintiff are in a process of concluding an agrement on settling the case. With regard to the case likely being pre-judged (on behalf of the Defendant) on the grounds of this agreement, she pleads the Court to extend the mentioned deadline for at least 2 months. The mentioned period of the extension would be indispensable due to the problem of over-seas communication between the Defendant and the Plaintiff in the light of concluding the agreement, as well as the summer vacations in Croatia.

III.)   In addition, defence counsel of the Defendant would like to appologise to the Court if his submissions are not shaped in a form that is common in US legal praxis.

*Request was granted on July 15, 2010 (see Docket Entry No. 199, attached here).*

*① Defendant's time to answer the complaint is extended until November 21, 2010.*

*② Defendant's deadline to have an attorney file a notice of appearance on her behalf is also extended to November 21, 2010.*

Zagreb, July 15th 2010

Defendant,
by defence counsel:

ODVJETNIK
ANTE MADUNIĆ
ZAGREB, Ilica 146/I
Tel.: 3770-844, 3770-535
Tel./fax.: 3707-891

SO ORDERED: 8/18/2010

/s/ Kimba M. Wood
KIMBA M. WOOD
U. S. D. J.