USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

          - against -

SONJA ANTICEVIC, ET AL.,

                    Defendants.
------------------------------------------------------------ x

05 Civ. 6991 (KMW)

SECOND REVISED
DISCOVERY PLAN

## DISCOVERY PLAN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(f)

Pursuant to Federal Rule of Civil Procedure 26(f), counsel for plaintiff Securities and Exchange Commission ("SEC") and counsel for defendant Mikhail Plotkin ("Plotkin") have discussed and agreed to the following discovery plan:

1. Depositions may begin April 30, 2012, not including depositions of expert witnesses; provided that the SEC and Plotkin shall complete all fact discovery by December 14, 2012.

2. Both the SEC and Plotkin shall serve requests for admissions and interrogatories, if any, by no later than October 29, 2012.

3. Both the SEC and Plotkin shall: (a) identify any expert witnesses they intend to call at trial and the subject matter about which those witnesses may be called to testify by November 30, 2012; (b) serve reports of experts, if any, on each other, pursuant to Federal Rule of Civil Procedure 26(a)(2), no later than December 20, 2012; and (c) serve rebuttal reports of its experts, if any, on each other, pursuant to Federal Rule of Civil Procedure 26(a)(2), no later than January 21, 2013.

4. Deposition of the experts shall be completed by February 11, 2013.

5. All discovery shall be completed by February 11, 2013.

6. The SEC and Plotkin agree to accept service of any filings in this case by e-mail and that service will be deemed complete as of the date of the e-mail; provided that a courtesy hard copy of each discovery request will be sent to all parties by mail or courier service within one day after it is sent by e-mail.

Dated: New York, New York
8/30, 2012

SECURITIES AND EXCHANGE COMMISSION

By: _____
Alexander Janghorbani
3 World Financial Center, Room 400
New York, New York 10281
Tel: (212) 336-0177
JanghorbaniA@sec.gov
*Attorney for Plaintiff*

HUGHES, HUBBARD & REED, LLP

By: _____
Marc Weinstein
One Battery Park Plaza
New York, NY 10004
Tel: (212) 837-6460
Weinstei@hugheshubbard.com
*Attorney for Defendant Mikhail Plotkin*

SO ORDERED

September 6, 2012

_____
Kimba M. Wood
United States District Judge